

US DISTRICT COURT
NORTHERN DISTRICT OF ILLINOS
EASTERN DISTRICT

| | |
|---|---|
| SARAH JANE MAMON<br>918 Washington St., Apt. 3E<br>Evanston, IL 60202<br><br>and<br><br>JOYCE PARIS<br>2550 Kemper Road - Apt. 210<br>Shaker Heights, OH 44120<br><br>Plaintiffs<br><br>V.<br><br>M3 MEDICAL MANAGEMENT<br>    SERVICES LTD.   AKA<br>    M3 MEDICAL GROUP, INC.<br>8420 W. Bryn Mawr Ave., Ste. 620<br>Chicago, IL 60631 | Case No:<br><br>**08CV3389**<br>**JUDGE PALLMEYER**<br>**MAGISTRATE JUDGE COLE**<br><br>Judge _____<br><br>**FILED**<br>JUN 1 2 2008  TC<br>Jun 12, 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT<br><br>Date: |

### NATURE OF COMPLAINT

1.        This action arises under Title a breach of contract claim between the plaintiffs and the defendant.   Defendant is being sued by the plaintiff former employees.   Plaintiffs are lawful permanent residents of the United States.  Ms. Mamon resides in the state of Illinois, and Ms. Paris resides in the state of Ohio. Both are nurses who contracted with the Defendant to live and work here in the United States. While in the Defendant's employ in the state of Ohio, Defendant failed in its duty to protect the Plaintiffs by securing an Ohio nursing license for Plaintiffs. Defendant failed to do so. Thereafter, Ms. Mamon  and Ms. Paris were sanctioned by the State of Ohio for working without a nursing license.

## JURISDICTION AND VENUE

2.      This court has subject matter jurisdiction of this compliant and the statutory claims pursuant to 28. U.S.C. § 1331 because this action arises under the Constitution and the laws of the United States

3.      Venue is proper in this district pursuant to 28 U.S.C. § 1391 because the primary unlawful actions complained of occurred at the M3 Medical Management Services Ltd. located in the City of Chicago, Cook County, Illinois.

## PARTIES

4.      Plaintiff Sarah Jane Mamon ("Ms. Mamon") currently is a nurse and is a former employee of Defendant, M3

5.      Plaintiff Joyce Paris (Ms. Paris) currently is a nurse and is a former employee of Defendant, M3.

6.      Defendant M3 Medical management Services Ltd., a.k.a. M3 Medical Group, Inc. ("M3") is a nurse recruiting agency based in the Chicago area.

7.      M3 is located in the city of Chicago, Cook County, State of Illinois..

## FACTUAL BACKGROUND

8.      Plaintiffs retained Defendant on or about August 11, 2003 to act as nurse recruiters.

9.      Defendant traveled to the Philippines to recruit Plaintiffs.

10.     Defendant handled the immigration process for Plaintiffs and helped to secure their visas to enter the United States.

11.     Defendant secured places to live in the State of Illinois for the Plaintiffs.

12.     Defendant secured Illinois nursing licenses for the Plaintiffs

13.     Subsequently, Defendant secured employment for Plaintiffs in the state of Ohio at the Fresenius Medical Facility in the Cleveland area.

14.     Defendant also assisted in procuring housing for Plaintiffs.

15.     Defendant paid Plaintiffs a salary of $19/hour to work at the Fresenius Medical Facility.

16.     Said salary would change after Ohio nursing licenses were given to Plaintiffs.

17.     Plaintiffs provided all necessary papers and documents to Defendant in order to secure Ohio licenses.

18.     Plaintiffs noticed a change in their salaries on or about October 16, 2006 with an increased rate of $21/hour and this was after 10 weeks of training .

19.     On or about January 8, 2007, while working at the Fresenius Medical facility in Ohio, Ms. Mamon was notified that she was working without a license.

20.     After contacting M3, they blamed her for not securing the Ohio license.

21.     Mrs. Mamon was sanctioned by the Ohio Nursing Board on or about February 20, 2007 .

22.     Ms. Paris was sanctioned by the Ohio Nursing Board on or about February 7, 2008

23.     Both Plaintiffs received reprimands and fines for working without an Ohio license. Said marks stay on their permanent nursing records.

24.     Plaintiffs reasonably relied on Defendant after giving them the appropriate documents to secure Ohio licenses for them to avoid any criminal or civil action.

25.     Defendant has failed in its duty to protect Plaintiffs from practicing without a license

### Count One:
### Breach of Contract

26.     Plaintiffs incorporate by reference paragraphs 1 through 25 above as if fully restated herein.

27.     Defendant owed a duty to Plaintiffs in assisting them to secure nursing licenses in the state of Ohio

28.     Defendant, by and through its agents and employees, breached its duty to Plaintiffs.

29.     As a direct and proximate result of Defendant's Breech of contract and unlawful employment actions, Plaintiffs have been damaged and are entitled to compensatory damages in an amount to be determined at trial, but being not less than Two Million Dollars ($2,000,000).

**Count Two:
Intentional Infliction of Severe Emotional Distress**

30.     Plaintiff incorporates by reference paragraphs 1 through 29 above as if fully restated herein.

31.     Defendant owed a duty to Plaintiffs to refrain from intentional injury to Plaintiffs.

32.     Defendant, by and through its agents and employees, breached its duty to Plaintiffs.

33.     As a direct and proximate result of Defendant's breach of duty, Plaintiffs have suffered injury in the form of, severe stress, embarrassment, humiliation, emotional distress, loss of reputation, loss of self-esteem, harm to Plaintiffs' relationship with her family, and physical injury in the form of other adverse health effects. Plaintiff is therefore entitled to damages in an amount to be determined at trial, but being not less than Two Million Dollars ($2,000,000).

## Requests For Relief

**WHEREFORE,** Plaintiff respectfully requests that this Court enter judgment for Plaintiff and against the Defendant as follows:

As to Count One, damages in an amount to be determined at trial, but being not less than Two Million Dollars ($2,000,000);

As to Count Two, damages in an amount to be determined at trial, but being not less than Two Million Dollars ($2,000,000);

An award to Plaintiff of attorney's fees and for cost of suit; and
An award of such other relief as the Court may deem just and proper.

Respectfully submitted,

*[signature]*

Ronald E. Falconi (0064764)
Attorney for the Plaintiffs
5509 Ridge Road
Parma, OH 44129
(440) 842-0455

## JURY DEMAND

Plaintiff hereby requests a trial by jury on all matters which may be tried to a jury.

*[signature]*

Ronald E. Falconi (0064764)
Attorney for the Plaintiffs
5509 Ridge Road
Parma, OH 44129
(440) 842-0455

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served certified mail, return receipt requested at the Office of M3, 8420 W. Bryn Mawr, Suite 620, Chicago, IL 60631.

*[signature]*

Ronald E. Falconi (0064764)
Attorney for the Plaintiffs
5509 Ridge Road
Parma, OH 44129
(440) 842-0455