

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

SARAH JANE MAMON &
JOYCE PARIS

**08CV3389**
**JUDGE PALLMEYER**
**MAGISTRATE JUDGE COLE**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SARAH JANE MAMON & JOYCE PARIS, PLAINTIFFS

| | |
|---|---|
| SIGNATURE: Ronald E Fal— | FILED |
| FIRM: LAW OFFICE OF RONALD FALCONI | JUN 12 2008 TC |
| STREET ADDRESS: 5509 RIDGE ROAD | Jun 12, 2008 |
| CITY/STATE/ZIP: PARMA, OH 44129 | MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER (440) 842-0455 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☑   NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ☑

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☑   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐