## United States District Court for the Northern District of Illinois

Case Number: 08CV3389          Assigned/Issued By: DAJ

Judge Name: PALLMEYER          Designated Magistrate Judge: COLE

---

### FEE INFORMATION

**Amount Due:**  ☐ $350.00   ☐ $39.00   ☐ $5.00
             ☐ IFP       ☐ No Fee   ☐ Other _____
             ☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                               ☐ Alias Summons

☐ Third Party Summons                   ☐ Lis Pendens

☐ Non Wage Garnishment Summons          ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____
                                        _____
☐ Citation to Discover Assets           (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

1 Original and 1 copies on 06/12/08 as to M3 MEDICAL MANAGEMENT SERVICES LTD.
                           (Date)

---

C:\wpwin80\docket\feeinfo.frm     03/14/05