US DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

_____
)
SARAH JANE MAMON                    )  Case No: 08C 3389
918 Washington St., Apt. 3E         )
Evanston, IL 60202                  )
                                    )  Judge PALLMEYER
and                                 )
                                    )
JOYCE PARIS                         )
2550 Kemper Road - Apt. 210         )
Shaker Heights, OH 44120            )  **NOTICE OF LOCAL COUNSEL**
                                    )
       Plaintiffs                   )
                                    )
                              V.    )
                                    )
M3 MEDICAL MANAGEMENT               )
       SERVICES LTD.                )
8420 W. Bryn Mawr Ave., Ste. 620    )
Chicago, IL 60631                   )
                                    )
                                    )
_____

    Now come the Plaintiffs, by and though, their attorney, Ronald E. Falconi, who hereby notifies this Honorable Court, pursuant to its local rules, that they have designated the following individual who is admitted to this Court as local counsel:

David Berry, Esq.
3150 South River Road – Suite 100
Des Plaines, IL 60018
(847) 297-1151

Respectfully submitted,

/s/ Ronald E. Falconi_____
Ronald E. Falconi (0064764)
Attorney for the Plaintiffs
5509 Ridge Road
Parma, OH 44129
(440) 842-0455

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document was sent regular mail to Srihari Vemuri, M3 Medical Group, 8420 W. Bryn Mawr, Suite 620, Chicago, IL 60631 on July 1, 2008

/s/ Ronald E. Falconi_____
Ronald E. Falconi
Attorney for the Plaintiffs
5509 Ridge Road
Parma, OH 44129
(440) 842-0455