AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

SARAH JANE MAMON
&
JOYCE PARIS
　　　　Plaintiff

**SUMMONS IN A CIVIL CASE**

08cv 3389

CASE NUMBER: 08C 3389

—V.—

ASSIGNED JUDGE: PALLMEYER

M3 MEDICAL MANAGEMENT SERVICES, LTD DESIGNATED
AKA
M3 MEDICAL GROUP, INC

MAGISTRATE JUDGE: COLE

TO: (Name and address of Defendant)

M3 MEDICAL MANAGEMENT SERVICES LTD AKA M3 MEDICAL GROUP, INC
8420 W. BRYN MAWR AVE – STE. 620
CHICAGO, IL 60631

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RONALD E. FALCONI, ESQ
5509 RIDGE ROAD
PARMA, OH 44129

an answer to the complaint which is herewith served upon you within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JUN 1 2 2008

DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | JUNE 20, 2008 |
| NAME OF SERVER *(PRINT)* RONALD FALCONI (THROUGH USPS) | TITLE ATTY AT LAW |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): __SENT TO DEFENDANT AGENT VIA CERTIFIED__
__MAIL, RETURN RECEIPT REQUESTED__

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  __6-30-08__                __Ronald Falconi__ (THROUGH USPS)
                    Date                              *Signature of Server*

__5509 Ridge Road, Parma, OH__
*Address of Server*    __44129__

FILED
JUL 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

