UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| SARAH JANE MAMON, et al., | * Case No. 08C 3389 |
| Plaintiffs, | * Judge Pallmeyer |
| vs. | |
| M3 MEDICAL MANAGEMENT CORPORATION, | |
| Defendant. | |

Ronald E. Falconi, Esq. (0064764)
5509 Ridge Road
Parma, OH 44129
440-842-0455

Counsel For Plaintiffs
David Barry, Esq.
3150 South River Road – Suite 100
Des Plaines, IL 60018
847-297-1151

david@dbarrylaw.com
Counsel For Plaintiffs

Diane J. Knoblauch, Esq. (0062825 - OH)
316 N. Michigan St., Ste 300
Toledo, OH 43604
419-842-1333
Fax: 419-754-2406
dknoblauch@buckeye-express.com

## MOTION TO DISMISS
### PURSUANT TO RULE 12(b)(1) AND 12(h)(3)

Now comes the defendant M3 Medical Management Services, LTD and moves to dismiss this action for the reason that this Court lacks subject matter jurisdiction. In support of the motion, defendant states as follows:

1. This action was filed on June 12, 2008 through a complaint alleging jurisdiction under 28 U.S.C. §1331.

2. Although plaintiff purports to base jurisdiction on 28 U.S.C. §1331, there is no federal question presented in the complaint that would invoke jurisdiction under that section.

3. There is no diversity of citizenship to support jurisdiction under 28 U.S.C. §1332. This is so because the defendant is both incorporated and has its principal place of business in the state of Illinois. The plaintiff Sarah Jane Mamon also alleges her domicile to be Illinois (Complaint, ¶1).

4. No other basis for jurisdiction in this Court can be discerned from the substantive allegations set forth in the balance of the complaint.

5. Undersigned counsel contacted plaintiffs' counsel on July 15, 2008 by phone to seek concurrence in dismissal so as to avoid the necessity for this motion. As of the filing thereof, the plaintiff has failed to concur.

6. There is no reasonable basis for the plaintiff to have alleged jurisdiction in this Court and any reasonable investigation of the facts or research of the law would have shown that. The complaint therefore violates Rule 11(b). By this motion, defendant requests that the complaint be withdrawn per Rule 11(c)(2).

WHEREFORE, unless the plaintiffs voluntarily withdraw their complaint within 21 days or such time as may be set by the Court, defendant respectfully requests that the Court dismiss this complaint for want of subject matter jurisdiction, but reserve jurisdiction for the purpose of permitting defendant to file a motion for sanctions under Rule 11(b).

DIANE J. KNOBLAUCH

Attorney for Defendant M3 Medical Group, Inc.

_____

William F. Fitzpatrick
Attorney for Defendant M3 Medical Group, Inc.

*/s/ William Fitzpatrick*

William F. Fitzpatrick
Attorney for defendant
36 West Randolph St. (301)
Chicago, IL. 60601

312 553 2200

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DISTRICT

| | | |
|---|---|---|
| SARAH JANE MAMON, et al., | * | Case No. 08C 3389 |
| | * | |
| Plaintiffs, | * | Judge Pallmeyer |
| | * | |
| vs. | * | |
| | * | |
| M3 MEDICAL MANAGEMENT | * | |
| CORPORATION, | * | |
| | * | |
| Defendant. | * | |
| ******* | * | ******* |

Ronald E. Falconi, Esq.  (0064764)
5509 Ridge Road
Parma, OH  44129
440-842-0455
Counsel For Plaintiffs

Diane J. Knoblauch, Esq.  (0062825 - OH)
316 N. Michigan St., Ste 300
Toledo, OH  43604
419-842-1333
Fax:  419-754-2406
dknoblauch@buckeye-express.com
Counsel For Defendant

David Barry, Esq.
3150 South River Road – Suite 100
Des Plaines, IL  60018
847-297-1151
david@dbarrylaw.com
Counsel For Plaintiffs

**MEMORANDUM IN SUPPORT OF MOTION TO DISMISS
PURSUANT TO RULE 12(b)(1) AND 12(h)(3)**

The basic facts and law supporting the motion are set forth in the motion itself. The complaint simply fails to disclose any basis for jurisdiction in federal court. No federal question is presented, despite the representation in the complaint that jurisdiction is predicated on 28 U.S.C. §1331. Although diversity is not alleged, if it were, that basis would fail as well, since a plaintiff (Sarah Jane Mamon) and the defendant are both resident in Illinois. Rule 12(b)1 allows defendant to move for dismissal for lack of

subject matter jurisdiction, and Rule 12(h)(3) further requires the Court to dismiss for lack of subject matter jurisdiction at any time it becomes so aware. Generally, a plaintiff's allegations of jurisdiction are sufficient to establish a basis for the jurisdiction of the court, but when they are questioned, the burden is on the plaintiff to prove jurisdiction. *Rosemound Sand & Gravel Co. v. Lambert Sand & Gravel Co.*, 469 F.2d 416. C.A.5 (La.) 1972. In this case, defendant challenges jurisdiction and asserts that jurisdiction is not proper, either on the face of the complaint or in fact.

As noted in the motion, the complaint cites 28 U.S.C. §1331, but does not refer to a specific federal statute or constitutional provision under which the plaintiffs are entitled to relief. The complaint merely sets forth claims (the validity of which is not acknowledged) sounding in contract and tort, without reference – expressed or implied – to a federal law.

Before wasting this Court's time, defendant contacted plaintiffs' counsel on July 15, 2008 to seek voluntary dismissal and followed it up on July 16, 2008. Counsel stated that he needed more time to address the issue. If this were a complex matter, such request would be reasonable and would have been honored. However, this matter requires no extended analysis. There is no federal jurisdiction. Defendant asks that the complaint be dismissed. The defendant further requests that the Court permit the filing of a motion under Rule 11(b) if the plaintiff does not voluntarily withdraw the complaint

within 21 days or such time as the Court may direct, all pursuant to Rule 11(c)(2).

Respectfully Submitted,

_____
Diane J. Knoblauch, Esq. (0062825 - OH)
Attorney For Defendant
316 N. Michigan St., Ste 300
Toledo, OH 43604
419-842-1333
Fax: 419-754-2406
dknoblauch@buckeye-express.com


William F. Fitzpatrick
Attorney for Defendant M3 Medical Group, Inc.

_____


William F. Fitzpatrick
Attorney for defendant
36 West Randolph St. (301)
Chicago, IL. 60601

312 553 2200