UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DISTRICT

| | |
|---|---|
| SARAH JANE MAMON, et al., | * Case No. 08C 3389 |
| Plaintiffs, | * Judge Pallmeyer |
| vs. | * |
| M3 MEDICAL MANAGEMENT CORPORATION, | * |
| Defendant. | * |
| ******* | * ******* |

Ronald E. Falconi, Esq. (0064764)
5509 Ridge Road
Parma, OH  44129
440-842-0455
Counsel For Plaintiffs

Diane J. Knoblauch, Esq. (0062825 - OH)
316 N. Michigan St., Ste 300
Toledo, OH  43604
419-842-1333
Fax:  419-754-2406
dknoblauch@buckeye-express.com
Counsel For Defendant

David Barry, Esq.
3150 South River Road – Suite 100
Des Plaines, IL  60018
847-297-1151
david@dbarrylaw.com
Counsel For Plaintiffs

### NOTICE OF MOTION

TO:   See attached service list

On **August 6, 2008** at **8:45 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Pallmeyer** or any judge sitting in his stead, in the courtroom usually occupied by him in Dirksen Federal Court, 214 S. Dearborn, Chicago, IL, and shall then and there present the attached **Motion to Dismiss.**

Name:          William F. Fitzpatrick, Fitzpatrick & Fitzpatrick
Attorney for:  Defendant, M3
Address:       36 W. Randolph, Suite 301, Chicago, IL 606001
Phone:         312/553-2200

## PROOF OF SERVICE VIA CM/ECF & U.S. MAIL

I, Eileen Norris, a non-attorney, on oath certify I served this notice via CM/ECF and by mailing a copy to the above named attorney(s) at their respective addresses (address which appears on the envelope) and depositing the same in the U.S. mail in Chicago, IL, at 4:00 p.m., on July 16, 2008, with proper postage prepaid.

Under penalties as provided by law pursuant to IL.REV.STAT.CHAP 110 SEC 1-109, I certify that the statements se forth herein are true and correct.