IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SARAH JANE MAMON, et al. ) | Case No.: 08C 3389 |
| ) | |
| Plaintiff ) | Judge Pallmeyer |
| ) | |
| vs. ) | |
| ) | |
| M3 MEDICAL MANAGEMENT ) | |
| CORPORATION ) | |
| ) | |
| Defendant ) | |

### AMENDED NOTICE OF MOTION

TO:    Ronald E. Falconi, Esq., 5509 Ridge Road, Parma, OH 44129

Diane J. Knoblauch, Esq., 316 N. Michigan St., Suite 300, Toledo, OH 43604

David Barry, Esq., 3150 South River Road, Suite 100, Des Plaines, IL 60018

On **August 14, 2008 at 8:45 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Pallmeyer** or any judge sitting in his stead, in the courtroom usually occupied by him in Dirksen Federal Court, 214 S. Dearborn, Chicago, IL, and shall then and there present the attached **Motion to Dismiss.**

Name:              William F. Fitzpatrick, Fitzpatrick & Fitzpatrick
Attorney for:   Defendant, M3 Medical Management
Address:         36 W. Randolph, Suite 301, Chicago, IL 606001
Phone:            312/553-2200

### PROOF OF SERVICE VIA CM/ECF & U.S. MAIL

I, Eileen Norris, a non-attorney, on oath certify I served this notice via CM/ECF and by mailing a copy to the above named attorney(s) at their respective addresses (address which appears on the envelope) and depositing the same in the U.S. mail in Chicago, IL, at 4:00 p.m., on July 17, 2008, with proper postage prepaid.

Under penalties as provided by law pursuant
to IL.REV.STAT.CHAP 110 SEC 1-109,1 certify
that the statements se forth herein are true and correct.