**US DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SARAH JANE MAMON ) <br> ) <br> and ) <br> ) <br> JOYCE PARIS ) <br> ) <br>    Plaintiffs ) <br> ) <br>               V. ) <br> ) <br> M3 MEDICAL MANAGEMENT ) <br>    SERVICES LTD.   AKA ) <br>    M3 MEDICAL GROUP, INC. ) <br> ) <br> ) | Case No: 08C 3389 <br><br><br> MOTION FOR CONTINUANCE <br><br><br><br> Judge PALLMEYER |

     Now come the Plaintiffs, by and through their attorney, Ronald E. Falconi, who requests this Honorable Court continue the Hearing set for August 14, 2008, as the Court has already set a hearing for this case on August 18, 2008.  We request that the Court consolidate both hearings on the same date of August 18, 2008 as Plaintiffs' attorney has already made plans to be in Chicago on that date.  This is the first request for a Continuance and such is not made for the purposes of delay.

Respectfully submitted,

/S/ Ronald E. Falconi, Esq.
Ronald E. Falconi (OH - 0064764)
Attorney for the Plaintiffs
5509 Ridge Road
Parma, OH 44129
(440) 842-0455

Certificate of Service VIA CM/ECF and US Mail

    A copy of the foregoing was sent by via CM/ECF and regular mail to William Fitzpatrick, Esq., at 36 W. Randolph - Suite 301, Chicago, IL 606001 and a courtesy copy shall be mailed to Diane Knoblauch, Esq. at 316 N. Michigan St., Ste 300 Toledo, OH 43604 on August 1, 2008

<u>/S/ Ronald E. Falconi</u>
Attorney for Plaintiffs

**US DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

_____

SARAH JANE MAMON )  Case No: 08C 3389
)
and )
)
JOYCE PARIS )  <u>JUDGEMENT ENTRY</u>
)
    Plaintiffs )
)
                V. )
)  Judge PALLMEYER
M3 MEDICAL MANAGEMENT )
    SERVICES LTD.   AKA )
    M3 MEDICAL GROUP, INC. )
)
)
_____


      Plaintiffs' Motion is found well taken.  The hearing on August 14, 2008 shall be cancelled and shall be consolidated with the August 18, 2008 hearing.


                                                                                  _____
                                                                                     Judge