**US DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

_____

|  |  |
|---|---|
| SARAH JANE MAMON | ) Case No: 08C 3389 |
| and | ) |
| JOYCE PARIS | ) <u>MOTION TO DISMISS</u> |
| Plaintiffs | ) |
| V. | ) |
| M3 MEDICAL MANAGEMENT | ) Judge PALLMEYER |
| SERVICES LTD.   AKA | ) |
| M3 MEDICAL GROUP, INC. | ) |

_____

Now come the Plaintiffs, by and through their attorney, Ronald E. Falconi, who move to dismiss without prejudice the above captioned case.

Respectfully submitted,

<u>/S/ Ronald E. Falconi, Esq.</u>
Ronald E. Falconi (OH - 0064764)
Attorney for the Plaintiffs
5509 Ridge Road
Parma, OH 44129
(440) 842-0455

Certificate of Service VIA CM/ECF and US Mail

A copy of the foregoing was sent by via CM/ECF and regular mail to William Fitzpatrick, Esq., at 36 W. Randolph - Suite 301, Chicago, IL 606001 and a courtesy copy shall be mailed to Diane Knoblauch, Esq. at 316 N. Michigan St., Ste 300 Toledo, OH 43604 on August 11, 2008

<u>/S/ Ronald E. Falconi</u>
Attorney for Plaintiffs

**US DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

_____

| | |
|---|---|
| ) | Case No: 08C 3389 |
| SARAH JANE MAMON ) | |
| ) | |
| and ) | |
| ) | |
| JOYCE PARIS ) | <u>JUDGEMENT ENTRY</u> |
| ) | |
| Plaintiffs ) | |
| ) | |
| V. ) | |
| ) | Judge PALLMEYER |
| M3 MEDICAL MANAGEMENT ) | |
| SERVICES LTD.    AKA ) | |
| M3 MEDICAL GROUP, INC. ) | |
| ) | |
| ) | |

_____


     Plaintiffs' Motion is found well taken.  This case shall be dismissed without prejudice.




_____
Judge