## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3389 | **DATE** | 8/12/2008 |
| **CASE TITLE** | Sarah Jane Mamon vs. M3 Medical Management Services Ltd., et al | | |

**DOCKET ENTRY TEXT**

The above cause is dismissed without prejudice. Motion to dismiss [10] and motion for continuance [13] stricken as moot.  Status hearing set for 8/18/2008 stricken.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|